```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

EARLENE CANTRELL,            )
                             )
        Plaintiff            )
                             )        No. 3:13-1395
v.                           )        Judge Trauger/Brown
                             )
PARKER CORP.,                )
                             )
        Defendant            )

## O R D E R

The Plaintiff, proceeding *pro se*, has filed a complaint under Title VII of the Civil Rights Act of 1964 and has paid the filing fee.

The Plaintiff should secure a summons for the Defendant from the Clerk of Court, and the Plaintiff should follow Rule 4 of the Federal Rules of Civil Procedure to serve an appropriate officer of the Defendant Parker Corp.

Under Rule 4(m) of the Federal Rules of Civil Procedure, the Plaintiff must complete service of process on this Defendant within **120 days** of filing the complaint on December 13, 2013. Failure to obtain service of process within this time can result in the case being dismissed without prejudice. If the Plaintiff needs additional time, the Plaintiff should file a motion stating why the Plaintiff needs additional time to secure service.

Once the Defendant has been served, and has responded in this matter, the Magistrate Judge will set a scheduling conference with the parties to establish deadlines for the management of this case under Rule 16 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge